UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 21-12556-AJC |
| | : | |
| ROSA GARCIA, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

### NOTICE OF FILING SUMMARY OF DEBTOR'S WELLS FARGO ACCOUNT AS OF PETITION DATE

COMES NOW, Robert A. Angueira, as the Chapter 7 Trustee, and gives notice of the enclosed correspondence from Wells Fargo which contains a summary of the Debtor's bank account at Wells Fargo as of petition date.

### CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 2nd day of April 2021, to the Debtor as follows:

**Rosa M Garcia**
16540 NW 84 Ave
Miami Lakes, FL 33016

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 2nd day of April, 2021, to:

- **Robert A Angueira**   trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- **Jeffrey S Fraser**   bkfl@albertellilaw.com, anhsalaw@infoex.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Ariel Rodriguez**   ariel.rodriguez@usdoj.gov

ROBERT A. ANGUEIRA
Chapter 7 Trustee
16 S.W. 1st Avenue
Miami, Florida 33130
Tel. (305) 263-3328
e-mail trustee@rabankruptcy.com
By /s/ *Robert A. Angueira*
   ROBERT A. ANGUEIRA
   Chapter 7 Trustee
   Florida Bar No. 0833241



**WELLS FARGO**

Deposits Bankruptcy Department
P. O. Box 3908
Portland, OR 97208-3908

March 22, 2021

<u>U. S. Mail</u>

ROBERT A ANGUEIRA, Chapter7 Trustee
16 SW 1ST AVENUE
MIAMI, FL  33130

Subject: Instructions needed for bankruptcy estate funds for ROSA GARCIA
Bankruptcy Case No. 21-12556

Dear ROBERT A ANGUEIRA:

Wells Fargo Bank, N.A. received notification of the bankruptcy petition for ROSA GARCIA. Sections 541 and 542 of the Bankruptcy Code require us to act in good faith to preserve the estate funds and to follow your direction with regard to property of the estate. We're enclosing a summary of their Wells Fargo accounts, and providing important information about next steps.

**What you need to know**
- When we received notice, we checked the value of the debtor's accounts on the filing date and the notice date, less identifiable Social Security payments. The lower amount of $16,586.70, on or between those dates, became property of the bankruptcy estate (known as "estate funds"). The estate funds are now in bankruptcy status, which means the funds are payable only to you or upon your order.

**What you need to do**
- Review the summary of accounts attached.

- The estate funds will remain in bankruptcy status until we receive direction from you regarding their disposition, or until 05/22/2021, which is 31 days after the scheduled First Meeting of Creditors.

- If you wish us to take any other action with the estate funds, please complete and sign the enclosed form, and fax it to 866-617-5299.

If you have any questions, please call us at 866-987-4283, Monday through Friday, 8:30 a.m. to 5:00 p.m. Pacific Time.

Thank you.

Sincerely,

Luana Tafoya
Operations Manager
Deposits Bankruptcy Department

Enclosure



Deposits Bankruptcy Department
P. O. Box 3908
Portland, OR 97208-3908

## Summary of Accounts:

| Account Owner(s) | Account Type | Account Number | Estate Funds |
|---|---|---|---|
| ROSA GARCIA | DDA | xxx-xxx-2888 | $16,586.70 |



Deposits Bankruptcy Department
P. O. Box 3908
Portland, OR 97208-3908

## Request for Trustee Instructions
## Bankruptcy Case #: 21-12556

I, ROBERT A ANGUEIRA, as trustee of the bankruptcy estate of ROSA GARCIA, direct Wells Fargo to take the following action with the estate funds:

| Requested action for account ending in xxx-xxx-2888 | Amount |
|---|---|
| ☐ Release ALL FUNDS held in account to account holder(s) | $16,586.70 |
| ☐ Release PARTIAL AMOUNT in account to account holder(s) | $ |
| ☐ Turnover Estate Funds to the Bankruptcy Estate | $ |
| ☒ Continue to hold funds without action until | Date: |
| ☐ Other, please provide specific instructions: | |

*the Trustee provides further information.*

_____     _____3/31/21_____
ROBERT A ANGUEIRA, Trustee               Date

If you have any questions, please call us at 866-987-4283, Monday through Friday, 8:30 a.m. to 5:00 p.m. Pacific Time.